

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00394-CV

| | | |
|---|---|---|
| VICTOR MIGNOGNA, Appellant and Appellee | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-307474-19) |
| | § | August 18, 2022 |
| v. | § | Memorandum Opinion by Justice Wallach |
| | § | Concurring Memorandum Opinion by |
| | § | Chief Justice Sudderth |
| FUNIMATION PRODUCTIONS, LLC AND JAMIE MARCHI, Appellees, and MONICA RIAL AND RONALD TOYE, Appellees and Appellants | § | Concurring and Dissenting Opinion by |
| | § | Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's judgment except for the attorney's-fee amount awarded to Cross Appellants Monica Rial and

Ronald Toye. We remand this attorney's-fee issue to the trial court for a redetermination.

It is further ordered that Appellant and Appellee Victor Mignogna shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach